IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dalcour McCoy, Yovonne R | Case Number:  06 B 09583 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/7/08 | Filed:  8/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 11, 2008
Confirmed: November 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,912.60 | |
| Secured: |  | 2,698.62 |
| Unsecured: |  | 4,440.97 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,239.00 |
| Trustee Fee: |  | 526.68 |
| Other Funds: |  | 7.33 |
| Totals: | 9,912.60 | 9,912.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,239.00 | 2,239.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Midwest Title | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 14,534.57 | 2,698.62 |
| 5. | Jefferson Capital | Unsecured | 964.82 | 354.89 |
| 6. | Galway Financial Service | Unsecured | 816.24 | 300.24 |
| 7. | Rent Way | Unsecured | 7,537.80 | 2,768.82 |
| 8. | Galway Financial Service | Unsecured | 435.00 | 160.00 |
| 9. | M F G Financial Inc | Unsecured | 1,488.45 | 547.49 |
| 10. | Midland Credit Management | Unsecured | 64.16 | 16.74 |
| 11. | Nicor Gas | Unsecured | 796.02 | 292.79 |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Money Market | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | First Premier | Unsecured | | No Claim Filed |
| 17. | Riscuity | Unsecured | | No Claim Filed |
| 18. | AFNI | Unsecured | | No Claim Filed |
| 19. | PDL Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,876.06 | $ 9,378.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 143.99 |
| 5.4% | 343.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dalcour McCoy, Yovonne R | Case Number: 06 B 09583 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 10/7/08 | Filed: 8/8/06 |

                6.5%            39.33
                              _____
                            $ 526.68

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

